UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elizabeth Ordenes De Hernandez,

                Plaintiff,

-against-

Commissioner of Social Security,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/13/2022_

22 Civ. 3413 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed stipulation and order filed December 5, 2022. ECF No. 19. The filing is incomplete and only includes the last page. Accordingly, by **December 16, 2022**, the parties shall file the complete, signed proposed stipulation and order.

    SO ORDERED.

Dated: December 13, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge