**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ELIZABETH ORDENES DE HERNANDEZ,

                Plaintiff,                  22 **CIVIL** 3413 (AT)

     -v-                                       **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 15, 2022, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
          December 15, 2022

                                                          **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                           **BY:**

                                                                **Deputy Clerk**